**Fill in this information to identify the case:**

Debtor 1: Hector Manuel Ortiz

Debtor 2: Monica Vargas
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of IL
(State)

Case number: 13-14269

# Form 4100R
## Response to Notice of Final Cure Payment                           10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** US Bank Trust N.A. as Trustee of Bungalow Series F Trust

**Last 4 digits** of any number you use to identify the debtor's account: 1 3 3 4

**Court claim no.** (if known): 1

**Property address:** 5423 S Nordica Ave
Number   Street

Chicago IL 60638
City   State   ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

[ ] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____
MM / DD / YYYY

[X] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:   (a) $ 62780.50

b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ 0

c. **Total**. Add lines a and b.   (c) $ 62780.50

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   12/01/2014
MM / DD / YYYY

Form 4100R        **Response to Notice of Final Cure Payment**        page 1

Debtor 1 __Hector Manuel Ortiz_____  Case number (*if known*) __13-14269_____
      First Name   Middle Name   Last Name

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ __/s/ Brian Guyer_____  Date __02_/_20_/_2018__
   Signature

Print __Brian Guyer_____  Title __Attorney_____
     First Name   Middle Name   Last Name

Company __Marinosci Law Group_____

**If different from the notice address listed on the proof of claim to which this response applies:**

Address __134 N LaSalle St., Ste 1900_____
   Number   Street

__Chicago IL 60602_____
City   State   ZIP Code

Contact phone (_312_) _940_ – _8580___  Email __bguyer@mlg-defaultlaw.com__

# UNITED STATES BANKRUPTCY COURT

**Certificate of Service**

I hereby certify that a copy of the foregoing Statement in Response to Notice of Final Cure Payment was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date:

Date: 02/20/2018

Chapter 13 Trustee: Marilyn O Marshall

Trustee Address: __

Trustee Email: courtdocs@chi13.com

Debtor's Counsel Name: Joseph M D'Onofrio

Debtor's Counsel Address: __

Debtor's Counsel Email: ndil@geracilaw.com

Debtor 1 Name: Hector Manuel Ortiz

Debtor 2 Name: Monica Vargas

Debtor's Mailing Address: 5423 S. Nordica Ave., Chicago, IL 60638

Debtor Email:

/s/ Brian Guyer